THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WEST STONE WORKS CO., INC. d/b/a WEST MEMORIALS,

    Plaintiff,

v.                                                           Civil Action No. 2:23-cv-01221-SGC
                                                         JURY DEMAND

CLARK MEMORIALS OF ALABAMA, INC.

    Defendant.

## SUMMONS IN A CIVIL ACTION

To:    Clark Memorials of Alabama, Inc.
        c/o Pierre R. Tourney, Jr., Registered Agent
        308 Sixth Avenue SW
        Birmingham, Alabama 35211

A lawsuit has been filed against you.

    Within twenty-one (21) days days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    H. Ben Brown, III, Esq.
    LIGHTFOOT, FRANKLIN & WHITE LLC
    400 20th Street North
    Birmingham, Alabama 35203
    Tel.: 205.581.0700

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/15/23                         GREER M. LYNCH, CLERK

                                                      By: _Crystal Dorkeny_
SEE REVERSE SIDE FOR RETURN             Deputy Clerk
                                                        (SEAL OF COURT)

                                                        NORTHERN DISTRICT OF ALABAMA
                                                        1729 5th Avenue North
                                                        Birmingham, Alabama 35203